The Honorable Christopher M. Alston
Chapter 13
Hearing Date: January 23, 2025
Hearing Time: 9:30 AM
Hearing Location: Courtroom 7206
Response Due: January 16, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Gary Rosenthal

Debtors.

Case No. 24-12397 - CMA

Chapter: 13

**AMENDED DECLARATION OF GARY ROSENTHAL IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Gary Rosenthal, declare as follows:

1. I have personal knowledge of the facts stated in this declaration, and I am competent and willing to testify to the truth theory if called upon to do so.

2. Since the filing of this bankruptcy I have been working to get my home ready for a reverse mortgage by completing applications for the King County Senior Property Tax Program and for a reverse mortgage.

3. As of the end of December 2024, I received approval from the Senior Property Tax program which dropped my annual property tax obligation to below $3,000 and I should also receive a refund for property taxes paid for 2022, 2023 and 2024 by the end of March, 2025, which will be approximately $25,000.

AMENDED DECLARATION OF GARY ROSENTHAL - 2

4. Additionally, since my bankruptcy filing, I received $12,000 for an annuity that I inherited from my late mother and I expect to receive additional distributions over the following years for a total of approximately $75,000. This asset was disclosed on my bankruptcy schedules.

5. Since the filing of this relief from stay motion, I have also secured contributions from my sister and other family members of $25,000.

6. Thus, with the $3,636 in payments to the Chapter 13 Trustee that should be ready for distribution from the bankruptcy court by the date of this hearing, I should have $35,000 in funds to pay immediately to secure adequate protection for Buda Hill, LLC and should there be a need for additional payment, future distributions from my inherited IRA should also cover any future needs.

7. The appraisal has been scheduled for my reverse mortgage and I expect the process to be complete and ready by the setting of an escrow date in late January or early February by January 9, 2025.

This declaration is made under penalty of perjury under the laws of the State of Washington this 2nd of December 2024 at Shoreline, WA.

*Gary Rosenthal*
Gary Rosenthal (Jan 2, 2025 20:05 PST)
Gary Rosenthal

AMENDED DECLARATION OF GARY ROSENTHAL - 3

# Dec of Gary Rosenthal ISO RFS Resp - Amended

Final Audit Report                                      2025-01-03

| | |
|---|---|
| Created: | 2025-01-03 |
| By: | Christina Henry (mainline@hdm-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASNJMvhDXkH3Kn4nbRGvyLrxy6ktmeFPC |

## "Dec of Gary Rosenthal ISO RFS Resp - Amended" History

- Document created by Christina Henry (mainline@hdm-legal.com)
  2025-01-03 - 4:04:54 AM GMT

- Document emailed to Gary Rosenthal (newtonstein@protonmail.com) for signature
  2025-01-03 - 4:04:58 AM GMT

- Email viewed by Gary Rosenthal (newtonstein@protonmail.com)
  2025-01-03 - 4:05:28 AM GMT

- Document e-signed by Gary Rosenthal (newtonstein@protonmail.com)
  Signature Date: 2025-01-03 - 4:05:53 AM GMT - Time Source: server

- Agreement completed.
  2025-01-03 - 4:05:53 AM GMT

Adobe Acrobat Sign